# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MIKE FLYNN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:12-cv-00068-SNLJ |
| | ) |
| CTB, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF PENDING SETTLEMENT

Come now Plaintiffs and Defendant and notify the Court they have reached a settlement agreement, and now are working toward reducing same to a final writing. The parties anticipate filing a notice of dismissal within the next thirty (30) days.

December 21, 2015

Respectfully submitted,

/s/ Gerald P. Greiman
Gerald P. Greiman  #26668MO
Patrick T. McLaughlin #48633MO
Ryan C. Hardy, #62926MO
SPENCER FANE LLP
One North Brentwood Blvd, Tenth Floor
St. Louis, MO  63105
Tel:  314/ 863-7733
Fax:  314/ 862-46556

*Attorneys for Defendant*

/s/ Douglas J. McNamara
Phillip J. Barkett, Jr.
Michael Ponder
COOK, BARKETT, PONDER & WOLZ, L.C.
715 North Clark
P.O. Box 1180
Cape Girardeau, MO 63702-1180
Tel: 573/ 335-6651
Fax: 573/ 335-6182
               -and-
Andrew N. Friedman, *pro hac vice*
Douglas J. McNamara, *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLLC
1100 New York Ave., N.W.
Suite 500 West
Washington, DC 20005
Tel: 202/ 408-4600
Fax: 202/ 408-4699

*Attorneys for Plaintiffs*

SL 1746415.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of December, 2015, a true and correct copy of the foregoing was served on all counsel of record *via* the Court's ECF system, with notice of case activity generated.

/s/ Gerald P. Greiman