IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MIKE FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case 1:12-cv-00068 |
| ) | |
| CTB, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL**

Come now Plaintiffs and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and state as follows for their Stipulation of Dismissal:

1.  Pursuant to an agreement entered by and between Plaintiffs and Defendant, Plaintiffs hereby dismiss all of their claims brought in this litigation, with prejudice.

2.  Pursuant to the parties' agreement, the parties shall bear their own costs and expenses, including attorneys' fees.

February 2, 2016

/s/ Gerald P. Greiman
Gerald P. Greiman  #26668MO
Patrick T. McLaughlin #48633MO
Ryan C. Hardy, #62926MO
SPENCER FANE LLP
One North Brentwood Blvd, Tenth Floor
St. Louis, MO  63105
Tel:  314/ 863-7733
Fax:  314/ 862-46556

*Attorneys for Defendant*


So ordered this  3rd   day of February, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Douglas J. McNamara
Phillip J. Barkett, Jr.
Michael Ponder
COOK, BARKETT, PONDER &
WOLZ, L.C.
715 North Clark
P.O. Box 1180
Cape Girardeau, MO 63702-1180
Tel: 573/ 335-6651
Fax: 573/ 335-6182

-and-

Andrew N. Friedman, *pro hac vice*
Douglas J. McNamara, *pro hac vice*
COHEN MILSTEIN SELLERS &
TOLL PLLLC
1100 New York Ave., N.W.
Suite 500 East
Washington, DC 20005
Tel: 202/ 408-4600
Fax: 202/ 408-4699

*Attorneys for Plaintiffs*


# CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of February, 2016, a true and correct copy of the foregoing was served on all counsel of record *via* the Court's ECF system, with notice of case activity generated.

/s/ Douglas J. McNamara